UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Trevor C. Coon, | Court File No. 14-cv-04417 (RHK/SER) |
| Plaintiff, | |
| vs. | STIPULATION FOR ENTRY OF AMENDED JUDGMENT |
| McLeod County; City of Hutchinson; and Officer Chad Kucza, Officer Mark Hanneman, Officer Steven Sickmann, Sergeant Benjamin Erlandson, and Deputy Billy Kroll, in their individual and official capacities, | |
| Defendants. | |

The Parties, through their respective counsel, hereby agree and stipulate as follows:

1. Pursuant to the Rule 68 Offer and Notice of Acceptance (Doc. No. 16), that judgment be amended and entered in favor of Plaintiff Trevor C. Coon and against Defendants McLeod County and Deputy Billy Kroll in the amount of $1,000.00;

2. Pursuant to the Rule 68 Offer and Notice of Acceptance (Doc. No. 17), that judgment be amended and entered in favor of Plaintiff Trevor C. Coon and against Defendants City of Hutchinson, Officer Chad Kucza, Officer Mark Hanneman, Officer Steven Sickmann, and Sergeant Benjamin Erlandson in the amount of $4,500.00.

2

                    IVERSON REUVERS CONDON

Dated: 04/22/2015              By <u>s/ Stephanie A. Angolkar</u>
                                        Jon K. Iverson, #146389
                                        Stephanie A. Angolkar, #388336
                            Attorneys for Defendants City of Hutchinson, Officer Chad Kucza, Officer Mark Hanneman, Officer Steven Sickmann and Sergeant Benjamin Erlandson
                            9321 Ensign Avenue South
                            Bloomington, MN  55438
                            (952) 548-7200
                            Fax: (952) 548-7210
                            jon@irc-law.com

                            THE LAW OFFICE OF ZORISLAV R. LEYDERMAN

Dated: 04/22/2015              By <u>s/ Zorislav R. Leyderman</u>
                                          Zorislav R. Leyderman
                            222 South 9th Street
                            Suite 1600
                            Minneapolis, MN 55402
                            Telephone: (612) 876-6626 Ext. 2110
                            E-mail: zrl@ZRLlaw.com
                            Attorney for Plaintiff

EVERETT & VANDERWIEL, PLLP

Dated: 04/22/2015                By s/ Anna L. Yunker
    William J. Everett, No. 207275
    Anna L. Yunker, No. 392551
100 Center Drive
Buffalo, MN 55313
bill@e-vlaw.com
(763) 682-9800

***Attorneys for Defendants McLeod County and Deputy Billy Kroll***