**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trevor C. Coon,                                          Civil No. 14-4417 (RHK/SER)

              Plaintiff,

                                                     **ORDER FOR AMENDED JUDGMENT**

vs.

McLeod County; City of Hutchinson; and
Officer Chad Kucza, Officer Mark Hanneman,
Officer Steven Sickmann, Sergeant Benjamin
Erlandson, and Deputy Billy Kroll,  in their
individual and official capacities,

              Defendants.

---

    Based upon the Rule 68 Offers and Notices of Acceptance (Doc. Nos. 16 and 17) as well as the parties' Stipulation (Doc. No. 18), **IT IS ORDERED** that the Clerk of Court amend judgment as follows:

1.  That judgment be entered in favor of Plaintiff Trevor C. Coon and against Defendants McLeod County and Deputy Billy Kroll in the amount of $1,000.00; and

2.  That judgment be entered in favor of Plaintiff Trevor C. Coon and against Defendants City of Hutchinson, Officer Chad Kucza, Officer Mark Hanneman, Officer Steven Sickmann, and Sergeant Benjamin Erlandson in the amount of $4,500.00.

    **LET JUDGMENT BE AMENDED AND ENTERED ACCORDINGLY.**

Dated:  April 23, 2015

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge